## MOFFITT v. STATE.
No. 24929.

Court of Criminal Appeals of Texas.
June 14, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty before the court to the charge of unlawfully possessing whisky for the purpose of sale in a dry area, appellant was assessed punishment at thirty days in jail and a fine of $100.

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.